IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-510-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **DEFAULT** |
| ALSTON PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: A TAURUS INTERNATIONAL PT24/7 PRO PISTOL, CALIBER 45, SERIAL NUMBER NCV89407 AND THREE (3) ROUNDS WINCHESTER-WESTERN 45 CALIBER AMMUNITION, | ) |
| Defendants. | ) |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 22nd day of January, 2014.

_____
JULIE A. RICHARDS
Clerk, United States District Court